UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICHARD LARSEN, III, | ) |
| | ) |
|    Petitioner/ Plaintiff, | ) |
| | ) |
|           v. | ) 1:20-cv-00413-JDL |
| | ) |
| AROOSTOOK UNIFIED COURTS, | ) |
| | ) |
| | ) |
|    Respondent/ Defendant. | ) |

ORDER ACCEPTING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE

Petitioner/ Plaintiff Richard Larsen, III filed a pleading styled as a "Writ of Habeas Corpus" (the "Petition/Complaint") on November 5, 2020 (ECF No. 1). United States Magistrate Judge John C. Nivison filed his Recommended Decision recommending that the Court dismiss the Petition/Complaint on November 13, 2020 (ECF No. 5), pursuant to 28 U.S.C.A. §§ 1915, 636(b)(1)(B) (West 2021), Fed. R. Civ. P. 72(b), and Rules 4 and 8(b) of the Rules Governing Section 2254 Cases. Larsen filed an objection on January 14, 2021 (ECF No. 8).[1]

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge

---

[1] The Report and Recommended decision was initially returned as undeliverable despite being sent to the address that Larsen provided to the Court in this matter. However, Larsen had provided the Court with a different address in an unrelated matter, and the Court ordered that the Report and Recommended Decision be sent to that address. A new response deadline was set, and Larsen responded within the appropriate timeframe.

1

for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 5) of the Magistrate Judge is hereby **ACCEPTED** and that the Petition/Complaint (ECF No. 1) is **DISMISSED**.  It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

**Dated this 19th day of February, 2021.**

                                                      /s/ Jon D. Levy
                                        **CHIEF U.S. DISTRICT JUDGE**